## 56464. HAGA v. HOLCOMBE et al.

BELL, Chief Judge.

In this property damage suit, defendant's motion for directed verdict was denied. The jury returned a verdict for plaintiff and judgment was entered. Defendant moved for judgment notwithstanding the verdict and it was granted. On appeal the plaintiff's only enumeration of error requires a consideration of the evidence. No transcript of the evidence has been filed nor has the evidence adduced at trial been otherwise submitted under the methods outlined in Code Ann. § 6-805. Accordingly, we must assume that the trial court correctly granted the defendant's motion. *Davis v. Davis,* 232 Ga. 851 (209 SE2d 187).

*Judgment affirmed. Shulman and Birdsong, JJ., concur.*

ARGUED SEPTEMBER 19, 1978 — DECIDED OCTOBER 12, 1978.

*Wininger & Gregory, David R. Wininger,* for appellant.

*Glyndon C. Pruitt,* for appellees.